# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MITCHELL KANGAS, Defendant. | PO-19-05036-GF-JTJ <br><br> VIOLATION: <br> FATF000Z <br> Location Code: M9GF <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation FATF000Z, and for good cause shown,

IT IS ORDERED that the $55 fine paid by the defendant is accepted as a full adjudication of violation FATF000Z.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 7, 2019, is VACATED.

DATED this 4th day of March, 2019.

John Johnston
United States Magistrate Judge